UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

Marion W. Tyler

DEBTOR(S)

Case No.: 24-17379
Chapter 13

Wilmington Savings Fund Society, FSB, not
in its individual capacity, but solely as owner
trustee of CSMC 2019-RPL5 Trust, by
Rushmore Servicing, Servicing Agent
MOVANT
vs.
Marion W. Tyler

RESPONDENT(S)

**NOTICE OF SECURED CREDITOR'S RIGHT TO COMMENCE FORECLOSURE**

NOW COMES MOVANT by the undersigned counsel and files herein this NOTICE OF
TERMINATION OF AUTOMATIC STAY.

Pursuant to the terms and conditions of the Consent Order, the Debtor(s) have/has no
right to cure said default.

Under the provisions of the Consent Order, the stay of Section 362(a) is terminated as of
June 4, 2025.

Signed and mailed this 4th day of June, 2025.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

COHN, GOLDBERG &
DEUTSCH, LLC

ATTORNEYS AT LAW
1099 WINTERSON ROAD
SUITE 301
LINTHICUM HEIGHTS,
MARYLAND, 21090

410-296-2550

File #: 455935

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 4th day of June, 2025, a copy of the within Notice of Secured Creditor's Right to Commence Foreclosure was mailed, postage prepaid, and/or electronic filing notification, to:

Marion W. Tyler
6610 Foster Street
District Heights, MD 20747

and respondent(s)' counsel:
Donald Bell, Esquire
6305 Ivy Lane Suite 315
Greenbelt, MD 20770

Timothy P. Branigan, Trustee
9891 Broken Land Parkway Suite 301
Columbia, MD 21046

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

COHN, GOLDBERG &
DEUTSCH, LLC

ATTORNEYS AT LAW
1099 WINTERSON ROAD
SUITE 301
LINTHICUM HEIGHTS,
MARYLAND, 21090

410-296-2550

File #: 455935